# EXHIBIT A

# Phil Hill

| | |
|---|---|
| **From:** | Phil Hill |
| **Sent:** | Monday, October 26, 2020 2:29 PM |
| **To:** | 'Stephen D. Rothschild' |
| **Cc:** | Sean Flaherty; Chad Shultz; 'Stephen.Dorvee@agg.com' |
| **Subject:** | RE: HDS v. Mowers, et al. (GA) - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan |

Steve,

Please allow this to serve as our **fifth** request for your availability to meet and confer to discuss the Joint Preliminary Report and Discovery Plan that is due by Wednesday, October 28, 2020 per the Court's September 28, 2020 order.

We are available to meet and confer anytime today or tomorrow. Please let us know what date and time works best for you and I will circulate a call in number.

Thanks,

Phil



**V. PHILLIP HILL IV** | Senior Counsel

55 Ivan Allen Junior Boulevard Northwest
Suite 750
Atlanta, GA 30308
D: 404-978-7302  |  phill@grsm.com

www.grsm.com
vCard

---

**From:** Phil Hill
**Sent:** Friday, October 23, 2020 7:39 PM
**To:** 'Stephen D. Rothschild' <srothschild@khpslaw.com>
**Cc:** Sean Flaherty <sflaherty@grsm.com>; Chad Shultz <cshultz@grsm.com>; 'Stephen.Dorvee@agg.com' <Stephen.Dorvee@agg.com>
**Subject:** RE: HDS v. Mowers, et al. (GA) - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan

Steve,

Please allow this to serve as our fourth request for your availability next week to meet and confer to discuss the Joint Preliminary Report and Discovery Plan that is due by Wednesday, October 28, 2020 per the Court's September 28, 2020 order. Please find our proposed Report attached.

We are available to meet and confer anytime on Monday or Tuesday of next week. Please let us know what date and time works best for you and I will circulate a call in number.

Thanks,

Phil



V. PHILLIP HILL IV | Senior Counsel

55 Ivan Allen Junior Boulevard Northwest
Suite 750
Atlanta, GA 30308
D: 404-978-7302 | phill@grsm.com

www.grsm.com
vCard

**From:** Phil Hill
**Sent:** Friday, October 23, 2020 10:09 AM
**To:** 'Stephen D. Rothschild' <srothschild@khpslaw.com>
**Cc:** Sean Flaherty <sflaherty@grsm.com>; Chad Shultz <cshultz@grsm.com>; 'Stephen.Dorvee@agg.com' <Stephen.Dorvee@agg.com>
**Subject:** RE: HDS v. Mowers, et al. (GA) - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan

Steve,

We are available to meet and confer anytime on Monday or Tuesday of next week. Please let us know what date and time works best for you and I will circulate a call in number.

Additionally, we will send you a draft of our proposed Joint Preliminary Report and Discovery Plan today.



V. PHILLIP HILL IV | Senior Counsel

55 Ivan Allen Junior Boulevard Northwest
Suite 750
Atlanta, GA 30308
D: 404-978-7302 | phill@grsm.com

www.grsm.com
vCard

**From:** Stephen D. Rothschild <srothschild@khpslaw.com>
**Sent:** Tuesday, October 20, 2020 8:18 PM
**To:** Phil Hill <phill@grsm.com>
**Cc:** Sean Flaherty <sflaherty@grsm.com>; Chad Shultz <cshultz@grsm.com>;

2

'Stephen.Dorvee@agg.com' <Stephen.Dorvee@agg.com>
**Subject:** RE: HDS v. Mowers, et al. (GA) - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan

Phil:

    Your first request this morning.   Please circulate a draft plan for comment and propose some times to discuss it.

Stephen D. Rothschild
King, Holmes, Paterno & Soriano LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone:  310-282-8986
Facsimile:   310-282-8903
Email:     srothschild@khpslaw.com

**From:** Phil Hill <phill@grsm.com>
**Sent:** Tuesday, October 20, 2020 5:13 PM
**To:** Stephen D. Rothschild <srothschild@khpslaw.com>
**Cc:** Sean Flaherty <sflaherty@grsm.com>; Chad Shultz <cshultz@grsm.com>; 'Stephen.Dorvee@agg.com' <Stephen.Dorvee@agg.com>
**Subject:** RE: HDS v. Mowers, et al. (GA) - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan

Steve,

Please allow this to serve as our second request for your availability this week to meet and confer to discuss the Joint Preliminary Report and Discovery Plan that is due by October 28, 2020 per the Court's September 28, 2020 order.

Thanks,

Phil



**V. PHILLIP HILL IV** | Senior Counsel

55 Ivan Allen Junior Boulevard Northwest
Suite 750
Atlanta, GA 30308
D: 404-978-7302  |  phill@grsm.com

www.grsm.com
vCard

**From:** Phil Hill
**Sent:** Tuesday, October 20, 2020 1:16 PM
**To:** 'rothschild@khpblaw.com' <rothschild@khpblaw.com>
**Cc:** Sean Flaherty <sflaherty@grsm.com>; Chad Shultz <cshultz@grsm.com>;

3

'Stephen.Dorvee@agg.com' <Stephen.Dorvee@agg.com>
**Subject:** HDS v. Mowers, et al. - Availability for Meet and Confer re: Joint Preliminary Report and Discovery Plan

Steve,

Please let us know your availability this week to meet and confer to discuss the Joint Preliminary Report and Discovery Plan that is due by October 28, 2020 per the Court's September 28, 2020 order.

Thanks,

Phil



**V. PHILLIP HILL IV** | Senior Counsel

55 Ivan Allen Junior Boulevard Northwest
Suite 750
Atlanta, GA 30308
D: 404-978-7302 | phill@grsm.com

www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com