# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HD SUPPLY CONSTRUCTION SUPPLY, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No.: 1:19-cv-02750SDG |
| v. | ) ) |
| REEF R. MOWERS, WASHOUTPAN.COM, LLC | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF PETER GEORGANTAS

State of Georgia    )
                    ) ss.
County of Forsyth   )

I, Peter Georgantas, hereby declare as follows:

1.      I am an individual over the age of 18, am competent to make this affidavit, and I make this declaration of my own freewill.  The facts set forth herein are based on my own personal knowledge and, unless stated based upon information and belief, I would and could competently testify the same.

2.      I am a resident of the State of Georgia.

3.      Attached hereto as **Exhibit 34** is a true and correct copy of my resume.

4.      I earned a Bachelor of Science Degree from the University of Phoenix in Business Administration in 2006.

5.    I have worked for HD Supply Construction Supply, LTD. d/b/a White Cap ("HDS") since 2004. Throughout my employment with HDS, I have been promoted through many positions, including Sourcing Manager - Power Tools & Equipment, Manager of Business Process Improvement, Senior Manager Product Marketing, Sr. Category Manager – Tools, Director – Marketing, and Senior Director – Marketing which is the position I currently hold.

6.    I understand that HDS has brought this action against Defendants Reef Mowers and Washoutpan.com, LLC ("Defendants") related to allegations including without limitation, false advertising, defamation, tortious interference, deceptive trade practices, violations of civil RICO, and others. I understand that the general crux of the action alleges that HDS has been harmed by Defendants' unlawful conduct resulting in damages including lost profits on HDS's washout pan products. To that end, I have reviewed the First Amended Complaint filed by HDS, inclusive of the various exhibits which reflect public defamatory statements made by Defendants on the internet regarding or referring to HDS, its employees, and its products.

7.    I have been asked to provide an estimate for the costs of implementing a marketing campaign with the aim of repairing the damaged perception held by the public of HDS, its personnel, and its washout pan products, resulting from the defamatory statements of Defendants alleged in this lawsuit.

8.    Typically, HDS charges product suppliers ▬▬▬ of annual purchases recorded by HDS to support advertising programs. By way of example, if HDS records purchases of $100,000 for a given product, then the supplier is charged ▬▬▬▬▬ for a cooperative marketing fund (co-op). Additional funds may be requested from the supplier for marketing activities beyond standard co-op advertising plans, such as special events or other sponsorships. These funds can be specifically dedicated and applied, or they may apply to HDS's general marketing efforts, which is within the discretion of HDS.

9.    Whereas a marketing campaign funded at ▬▬ of total purchases is typically adequate for construction products where consumers either already have a neutral or positive perception of the products; in my experience, product categories that are marketed in their infancy, require broader efforts to raise awareness, or overcome any negative perceptions that may exist in the market, often demand support above-and-beyond standard ▬▬▬ co-op contributions..

10.    In my experience, to accomplish material sales growth where consumers already have a negative perception of a construction product or its source and where sales are in decline, as they are with HDS's washout pan products, a much more strategic effort is required. In these circumstances, HDS's Marketing team would typically lay out a full-year, or multi-year comprehensive campaign plan across various channels in order to determine the necessary funding to support such

an effort. The value of these campaigns is typically based on HDS's published media rates and based on the product supplier contribution. These figures are generally derived to represent lower cost-per-impression values than what is available in third-party construction trade advertising media. The rates charged by HDS to its suppliers for marketing efforts beyond the standard co-op requirements are structured to provide increased value to the supplier in exchange for their increased co-op funding. As an example, a supplier contributing ▓▓▓ of purchases would be charged ▓▓▓▓▓▓ by HDS for a full page ad to be represented in the quarterly Contractor Trader magazine (which is an HDS publication printed quarterly, available for download[1], mailed to select customers, and offered in stores and during in-person sales calls). In comparison, a supplier contributing ▓▓ of purchases would only be charged ▓▓▓▓▓ for the same advertising representation in the quarterly Contactor Trader. The need to overfund a campaign as a corrective action would likely improve the overall rates charged by HDS.

11.    While these rates are aligned with market pricing for trade advertising, meaning they are competitive with and provide a benefit to our suppliers as compared to advertising through third parties, they are not perfectly matched to HDS's production costs. In total, the cost to produce and administer marketing

---

[1] See: https://www.whitecap.com/catalogs/construction-supplies-catalog

campaigns are approximately ▮ less than the total funds contributed by or charged to suppliers for HDS's marketing efforts.

12.    An example of the types of campaign activities and corresponding costs the HDS Marketing team would charge a supplier to execute a corrective advertising campaign for this type of product is noted in **Table 1,** below. The "Total" reflects the value of the campaign according to the rates charged by HDS to the supplier, before discounts. The "Grand Total" reflects an estimate of HDS's actual production costs, resulting from the application a ▮ discount to the supplier based on the availability of preferential rates as discussed in paragraph 10, and then ▮ further discount to reflect actual production costs as discussed in paragraph 11.

13.    Although an extended marketing budget would not need to be funded in perpetuity like a typical co-op marketing budget, in my experience marketing campaigns are most effective when they are multi-year efforts. I understand that HDS's First Amended Complaint identifies the most problematic conduct from Defendants as beginning in October of 2018, which was approximately 2.5 years ago. Accordingly, I believe an effective corrective advertising campaign would need to last at least as long as the damaging conduct has been asserted against HDS, its products, and its personnel, or a minimum of 2.5 years.

14.    As applied, I understand that HDS recorded approximately $▮ in 2020 total sales for washout pan products with the SKU numbers 444509614PRO,

444509618PRO, 446604814PRO, 444727214HD, 444727214PRO, 444727224HD, 444727224PRO, SP/444727214HD, SP/509614PRO, and SP/727214PRO. I also understand that this amount is the lowest annual sales total since HDS began selling these products in 2014.

15.     Accordingly, I calculate the budget (meaning cost to HDS) needed for a corrective advertising campaign aimed at effectively responding to the defamatory statements made by Defendants and attempting to repair the damaged perceptions of consumers regarding HDS, its employees, and its washout pan product as $110,972. *See* **Table 1** "Grant Total." I arrived at this calculation by applying the typical rates charged by HDS to suppliers, then applied a ▮▮▮ discount for application of HDS's Diamond pricing tier, which is the lowest cost tier to the supplier. From there, I applied a further ▮▮▮ reduction to reflect HDS's actual production and administration cost.

16.     The campaign elements are reflected in the left-most column of **Table 1**, and reflect specific activities most appropriate for advertising washout pan products. These elements were identified and selected based on my experience of return on investment and specific data related to customer engagement in this category. For example, because washout pans are used in conjunction with the disposal of leftover concrete in mixing trucks, a campaign in HDS's specialty catalogs for "Safety," "Concrete Forming," and "Erosion & Stormwater" would be

merited for purposes of attempting to correct the reputation of the products. Similarly, placement of these products at the World of Concrete "WOC" trade show would allow for enhanced visibility. As another example, a Paid Search campaign for this category would cost ███████████ per year based on search volume of ██████ searches per month (███████ per year), assuming a click-through of ███████ and a cost-per-click for this category of ███ *See* **Exhibit 35**, source: Brightedge data, 2020.

17.    All elements of a proposed corrective advertising campaign for HDS's washout pan products, correlated to their various rates charged by HDS, discounted by ██████ to apply the most preferential pricing tier, and then further reduced by ██████ to reflect actual costs to HDS, is reflected in the table below.

[Remainder of page blank.]

**Table 1:  2.5 Year Marketing Plan for Washout Pans.**

| Program | Execution | Yr 1 Rate | Yr 2 Rate |
|---|---|---|---|
| **Direct Marketing** | | | |
| Specialty Catalogs | | | |
|   Safety | Full-Page 2-yr | $ | $ - |
|   Concrete Forming | Full-Page 2-yr | $ | $ - |
|   Erosion & Stormwater | Full-Page 2-yr | $ | $ - |
| | | | |
| Contractor Trader | 1/2-Page 4X per Year | $ | $ |
| | | | |
| **Events** | | | |
| World Of Concrete | Center booth display | $ | $ |
| CFA/Precast/TCA shows | Show materials inclusion | $ | $ |
| | | | |
| **Digital Marketing** | | | |
|   Targeted email blast | Design and execution | $ | $ |
|   email trigger campaign | Set-up & tracking | $ | $ |
|   Social Media | Influencer sponsor & paid | $ | $ |
|   Web Landing Page | Page build and coding | $ | $ |
|   Web Content Developmen | Contract content writer | $ | $ |
|   Video & Photography | Jobsite video and photos | $ | $ |
|   Search Marketing | Paid Search | $ | $ |
|   Digitial Engagement | Digital Impressions (50K) | $ | $ |
|   Digital Branch Signage | 150-branches 6-mo/yr | $ | $ |
| **Sub Total** | | $ | $ |
| Addt. 6mo | | | $ |
| **Total** | | $ | $ |
|   Discount rate | Diamond Level Pricing | | |
|   Production cost | | | |
| **Grand Total** | | $ 61,828 | $ 49,145 |

Dated: _4-21-2021_

_[signature]_

Peter Georgantas

Subscribed and Sworn on this
_21_ day of April, 2021.

_____

Notary Public
My Commission expires: _10.15-2024_

(OFFICIAL SEAL)
NOTARY PUBLIC GEORGIA
SU YUN
COUNTY OF GWINNETT
My Commission Expires Oct. 15, 2024

# EXHIBIT 34

## *Peter Georgantas*

## Skills Summary

A proven Marketing and Procurement Executive with a deep passion for construction materials, hardware, and tools.  A strong negotiator with a record of driving consistent improvement.  Experienced in leading teams with individuals of diverse backgrounds and skill levels in direct-reporting and matrix environments.  Uses an analytical approach to problem solving and demands a high level of service to internal and external customers.

## Professional Experience

White Cap, Norcross, GA
November 2004-Present

**Sr Director, Marketing**
- Leading Direct Marketing, Digital, Events, Brand, Customer Data and Analytics, and Creative.
- Successfully launched WhiteCap.com on a new platform, dramatically increasing traffic, sales and direct customer integration.
- Transformed the marketing teams towards customer centricity, including foundations of customer analytics and reporting, research and insights, sales enablement, customer loyalty, and lifecycle marketing.
- Led rebranding effort following separation from HD Supply to standalone White Cap brand and endorsed structure.

**Director, Marketing**
- Responsible for all Direct Marketing activities.  Executed over 600 projects in 2015 including Full Line Catalog, three Specialty Catalogs, 78 Contractor Trader versions, 62 Priority Market Flyers.
- Implemented a broad training program to expose marketing team associates to customers' product applications leading to improved production layouts and accuracy.  Initiated digital design training curriculum and platform to advance the skills of all 14 designers and creative staff to meet the demands of the changing design landscape.
- Dramatically improved relationships across functional areas.  Executed a first-ever full-year category marketing plan across all product categories.  Closed the gap with Data Management and Pricing departments, ensuring execution to project timelines and higher level of alignment towards objectives.

**Category Manager – Tools**
- Equipment Category Manager.  $95M in sales across 70-plus equipment suppliers. Delivered 26% Year-over-year growth, far outpacing the company average while improving profitability by more than 200bps.
- Created a complete core merchandising offering for the top will-call branches. Objective included supplier review of consolidation opportunities, financial goals, and inventory optimization for all power tools, accessories, measuring & marking, and hand tools.
- Planned four catalog offerings adding 80 pages and over 700 new products.

- Organized the merchandising offering, promotions, and financial support for the World of Concrete trade show.
- Supported the winning bid process for several national accounts with more than 6,000 products matched, sourced, and priced.

**Sr. Manager, Product Marketing**
- Responsible for leading product marketing activities across all direct marketing channels.
- Expanded Direct Marketing production 20X over prior year.
- Exceed sales goals and total ROI on direct marketing publications.
- Synchronized national sourcing and supplier goals while collaborating with regional teams for total execution.

**Pricing Manager**
- Supported the Design and implementation of a fixed price strategy to maximize gross margin and narrow price variation on over 15,000 products.
- Rolled-out Gross Margin Enhancement toolset in 8 major markets.

**Sourcing Manager – Power Tools & Equipment**
- Coordinated with National Sales Directors and Regional Management teams to implement sourcing changes to strategic or lower total cost suppliers.
- Developed a core product mix plan to focus on key products and expansion of promotional activity resulting in a 25% improvement in inventory turns.
- Negotiated Supplier Buying Agreements to drive cost improvement and favorable terms.
- Interfaced with pricing management to drive margin improvement by providing specific market and product intelligence.
- In 2007/2008, delivered the highest cost-out and cash-in results in the Sourcing Department.

# Education

University of Phoenix, Costa Mesa, CA
**B.S. of Business Administration, 2006**

# EXHIBIT 35

FILED UNDER SEAL